UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE TARRANCE, | **15-cv-858 --- BAM** |
| Plaintiff, | |
| v. | **ORDER GRANTING IFP** |
| | **(Doc. 2)** |
| TARA JOHNSON; KIM CRADDOCK; and SAMUEL LEACH, | |
| Defendants. | |

  Plaintiff, Donald Lee Tarrance ("Plaintiff"), filed a complaint on June 8, 2015, and an application to proceed in forma pauperis on that same day. (Docs. 1 and 2). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

  Additionally, Plaintiff is advised that the Court is required to screen complaints of pro se litigants pursuant to Title 28 of the United States Code section 1915A(a). The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief. 28 U.S.C. § 1915A(b)(1)&(2). As a

1

result, summonses will not issue at this time.  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.  The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

    Dated:   **June 15, 2015**　　　　　　　　　／s／ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE